The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE EDWARD GOODELL, JR., individually, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD.; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.; MITSUBISHI HEAVY INDUSTRIES ENGINE & TURBOCHARGER, LTD.; MITSUBISHI TURBOCHARGER & ENGINE AMERICA; HATTON MARINE & INDUSTRIAL REPAIR, INC.,<br><br>Defendants. | Case No. 2:25-cv-01728-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS MHIA'S AND MTEA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 29, 2025 |

BEFORE THE COURT is Defendants Mitsubishi Heavy Industries America, Inc.'s ("MHIA") and Mitsubishi Turbocharger and Engine America's ("MTEA") Unopposed Motion to Extend Deadline to Respond to Complaint ("Motion"). Having reviewed the Motion, the Court finds

[PROPOSED] ORDER GRANTING DEFENDANTS MHIA'S AND MTEA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (CASE NO. 2:25-CV-01728-MJP) - PAGE 1

HOLLAND & KNIGHT LLP
701 5th Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000

that good cause exists for the requested extension of time and therefore GRANTS the Motion. Defendants MHIA and MTEA shall respond to Plaintiff's Complaint by October 17, 2025.

DATED this 30th day of September, 2025.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

Presented By :

*s/J. Matthew Donohue*
J. Matthew Donohue, WSBA No. 52455
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 4700
Seattle, WA  98104
Matt.Donohue@hklaw.com
Austin.Rainwater@hklaw.com
Telephone: 206.505.4000
Fax: 206.505.4099

*Attorneys for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Turbocharger and Engine America*

[PROPOSED] ORDER GRANTING DEFENDANTS MHIA'S AND MTEA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (CASE NO. 2:25-CV-01728-MJP) - PAGE 2

HOLLAND & KNIGHT LLP
701 5th Avenue, Suite 4700
Seattle, WA 98104
Telephone:  206.505.4000