The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE EDWARD GOODELL, JR., individually, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD.; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.; MITSUBISHI HEAVY INDUSTRIES ENGINE & TURBOCHARGER, LTD.; MITSUBISHI TURBOCHARGER & ENGINE AMERICA; HATTON MARINE & INDUSTRIAL REPAIR, INC.,<br><br>Defendants. | Case No. 2:25-cv-01728-MJP<br><br>**JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 15, 2025** |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Lawrence Edward Goodell, Jr. ("Plaintiff") and Defendants Mitsubishi Heavy Industries America, Inc. ("MHIA") and Mitsubishi Turbocharger and Engine America, Inc. ("MTEA") by and through their attorneys, stipulate to extend

JOINT STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (CASE NO. 2:25-CV-01728-MJP) - PAGE 1

HOLLAND & KNIGHT LLP
701 5th Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000

the deadline for MHIA and MTEA to respond to Plaintiff's Complaint (ECF No. 1), and in support, state as follows:

1. On September 8, 2025, Plaintiff filed his putative class action Complaint.

2. On September 10, 2025, Plaintiff served MHIA and MTEA with the Complaint.

3. On September 30, 2025, the Court granted MHIA's and MTEA's request for an extension of time to respond to the Complaint to October 17, 2025, for good cause in order for MHIA's and MTEA's newly retained counsel to fully review and respond to the allegations in the Complaint.

4. Since that time, Plaintiff has requested that additional defendants Mitsubishi Heavy Industries, Ltd. ("MHI") and Mitsubishi Heavy Industries Engine & Turbocharger, Ltd. ("MHIET"), which are domiciled in Japan, waive service requirements under Federal Rule of Civil Procedure 4(d).

5. Plaintiff, MHIA, and MTEA understand that MHI and MHIET have agreed to waive service and are in the process of retaining counsel to represent them in this action. Once MHI and MHIET formally waive service, MHI and MHIET would have up to 90 days to respond to the Complaint under Federal Rule of Civil Procedure 4(d)(3).

6. In order to consolidate all defendants' response timelines to the Complaint and streamline any resulting motion practice, Plaintiff has agreed to request an extension of MHIA's and MTEA's deadline to answer or otherwise respond to January 19, 2026.

7. Plaintiff, MHIA, and MTEA agree that good cause supports this request. The requested extension will not materially impact this matter, because the foreign defendants based in Japan (MHI and MHIET) will have 90 days from their waiver of service to respond to the Complaint. The requested extension will allow all four defendants to proceed on a single timeline for responding to the Complaint and will reduce the resources required of all counsel and this Court to resolve any initial motion practice. This extension will not cause any delay or prejudice to any party, and this request is not being made for purposes of delay or any improper reason.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (CASE NO. 2:25-CV-01728-MJP) - PAGE 2

HOLLAND & KNIGHT LLP
701 5th Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000

Plaintiff, MHIA, and MTEA each agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses and respectfully request that the Court enter an order extending MHIA's and MTEA's deadline to answer or otherwise respond to Plaintiff's to January 19, 2026.

Stipulated and dated this 15th day of October, 2025.

| WALLACE MILLER | HOLLAND & KNIGHT LLP |
|---|---|
| By: *s/Edward A. Wallace*<br>Edward A. Wallace (*pro hac vice*)<br>Mark R. Miller (*pro hac vice*)<br>Matthew J. Goldstein (*pro hac vice*)<br>Jacob M. Podell (*pro hac vice*)<br>200 West Madison Street<br>Suite 3400<br>Chicago, IL 60606<br>Telephone: (312) 261-6193<br>Fax: (312) 275-8174<br>eaw@wallacemiller.com<br>mrm@wallacemiller.com<br>mjg@wallacemiller.com<br>jpodell@wallacemiller.com | By: *s/J. Matthew Donohue*<br>J. Matthew Donohue, WSBA No. 52455<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 4700<br>Seattle, WA 98104<br>Matt.Donohue@hklaw.com<br>Austin.Rainwater@hklaw.com<br>Telephone: 206.505.4000<br>Fax: 206.505.4099<br><br>*Attorneys for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Turbocharger and Engine America* |

Lindsay L. Halm
Carson Phillips-Spotts
SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-8000
Fax: (206) 682-2305
halm@sgb-law.com
spotts@sgb-law.com

*Attorneys for Plaintiff*

JOINT STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (CASE NO. 2:25-CV-01728-MJP) - PAGE 3

HOLLAND & KNIGHT LLP
701 5th Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000

**ORDER**

It is so ordered.

Dated: October 17, 2025

_____
HON. MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(CASE NO. 2:25-CV-01728-MJP) - PAGE 4

HOLLAND & KNIGHT LLP
701 5th Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000