UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LAWRENCE EDWARD GOODELL, JR., individually, and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD.; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.; MITSUBISHI HEAVY INDUSTRIES ENGINE & TURBOCHARGER, LTD.; MITSUBISHI TURBOCHARGER & ENGINE AMERICA; HATTON MARINE & INDUSTRIAL REPAIR, INC.,<br><br>Defendants. | No.: 2:25-cv-01728-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

### I.   STIPULATED MOTION FOR EXTENSION OF TIME

Without waiving any rights or defenses held by any party, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCR 7(j), Defendant Hatton Marine & Industrial Repair, Inc., ("Defendant") and Plaintiff Lawrence Edward Goodell, Jr. ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the Court should extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint, from November 15, 2025, to January 19, 2026. This would set the same responsive-pleading deadline for all

STIPULATION & ORDER - 1
CASE NO. 2:25-cv-01728

currently served defendants in this case. This motion is made in good faith and not for the purpose of delay.

DATED this 24th day of October 2025.

| BUCHALTER<br>A Professional Corporation<br><br><br>By: */s/ Bradley P. Thoreson*<br>Bradley P. Thoreson, WSBA #18190<br>Email: bthoreson@buchalter.com<br>Alexandra M. Shulman, WSBA No. 48888<br>Email: ashulman@buchalter.com<br>Jeffrey R. Kaatz, WSBA No. 49709<br>Email: jkaatz@buchalter.com<br>1420 Fifth Ave., Ste 3100<br>Seattle, WA 98101-1337<br>Phone: 206-319-7052<br><br>*Attorneys for Defendant Hatton Marine & Industrial Repair, Inc.* | SCHROETER GOLDMARK & BENDER<br><br><br>By: *s/Carson Phillips-Spotts*<br>Carson Phillips-Spotts, WSBA #51207<br>Email: spotts@sgb-law.com<br>Lindsay Halm, WSBA #37141<br>Email: halm@sgb-law.com<br>401 Union St., Ste 3400<br>Seattle, WA 98101<br>Phone: 206-622-8000<br><br>*Admitted Pro Hac Vice:*<br><br>WALLACE MILLER<br><br>Edward A. Wallace<br>Email: eaw@wallacemiller.com<br>Mark R. Miller<br>Email: mrm@wallacemiller.com<br>Matthew J. Goldstein<br>Email: mjg@wallacemiller.com<br>Jacob Podell<br>Email: jpodell@wallacemiller.com<br>200 W Madison St., Ste 3400<br>Chicago, IL 60606<br>Phone: 312-261-6193<br><br>*Attorneys for Plaintiff* |
|---|---|

/ / / /

/ / / /

/ / / /

STIPULATION & ORDER - 2
CASE NO. 2:25-cv-01728

## II. ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that Hatton Marine and Industrial Repair, Inc.'s responsive pleading shall be due on January 19, 2026.

DATED: October 27, 2025.

                                        _____
                                        John H. Chun
                                        United States District Judge