IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAWRENCE EDWARD GOODELL, JR.,
individually, and on behalf of all similarly situated
individuals,

          Plaintiffs,

      v.

MITSUBISHI HEAVY INDUSTRIES, LTD.;
MITSUBISHI HEAVY INDUSTRIES
AMERICA, INC.; MITSUBISHI HEAVY
INDUSTRIES ENGINE & TURBOCHARGER,
LTD.; MITSUBISHI TURBOCHARGER &
ENGINE AMERICA; HATTON MARINE &
INDUSTRIAL REPAIR, INC.,

          Defendants.

Case No. 2:25-cv-01728-JHC

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES FOR RULE 26(F) CONFERENCE AND INITIAL DISCLOSURES**

## STIPULATION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Lawrence Edward Goodell, Jr. ("Plaintiff"), Defendant Hatton Marine & Industrial Repair, Inc. ("Hatton"), and Defendants Mitsubishi Heavy Industries America, Inc. ("MHIA") and Mitsubishi Turbocharger and Engine

America, Inc. ("MTEA") by and through their attorneys, enter into this Stipulated Motion to Extend Deadlines for Rule 26(f) Conference and Initial Disclosures ("Stipulated Motion"), subject to Court approval, based on the following facts:

1.      On September 8, 2025, Plaintiff filed this putative class-action lawsuit. (ECF No. 1.)

2.      On September 9, 2025, the Clerk of the Court issued summonses to the defendants. (ECF No. 2.) The following day, Plaintiff effectuated service on MHIA and MTEA. (ECF Nos. 8, 9.)

3.      On October 15, 2025, Hatton agreed to waive service of summons. (ECF No. 15.)

4.      On October 17, 2025, Judge Pechman granted Plaintiff, MHIA, and MTEA's Stipulated Motion (ECF No. 16) to extend MHIA and MTEA's responsive pleading deadline to align with the anticipated responsive-pleading deadline of January 19, 2025 for Mitsubishi Heavy Industries, Ltd. ("MHI") and Mitsubishi Heavy Industries Engine & Turbocharger, Ltd. ("MHIET"). (ECF No. 17.)  Those two entities are domiciled in Japan and the parties represented they were likely to waive service of summons.

5.      On October 17, 2025, this case was reassigned to the Honorable John H. Chun.  (ECF No. 18.)

6.      On October 21, 2025, the Court entered an Amended Order Regarding Initial Disclosures and Joint Status Report which, among other things, ordered the parties to: (1) conduct a FRCP 26(f) conference by November 12, 2025; (2) exchange initial disclosures pursuant to FRCP 26(a)(1) by November 18, 2025; and (3) file a joint status report and discovery plan by November 25, 2025. (ECF No. 19.)

7.      On October 24, 2025, Plaintiff consented to filing a stipulated motion (ECF No. 20) to extend Hatton's responsive pleading deadline to January 19, 2025. The Court granted this motion. (ECF No. 21.)

8.      On November 7, 2025, MHI and MHIET executed waivers of service dated October 21, 2025. (ECF Nos. 22–23.) Their deadline to respond to the Complaint is therefore January 19, 2026, *see* FRCP 4(d)(3), the same as all other defendants.

9.      On November 7, 2025, the parties conferred and agree that good cause exists to extend the parties' deadlines to conduct a FRCP 26(f) conference, exchange initial disclosures, and submit a joint status report and discovery plan. While MHI and MHIET have waived service, they have not yet appeared. Extending the foregoing deadlines will enable all defendants to appear and participate in the FRCP 26(f) conference and planning report. Hatton, MHIA, and MTEA also submit that the requested extension will allow them to consider the claims at issue in this case in the context of defendants' defenses to those claims prior to agreeing to the scope and pace of discovery in this case, and will allow all defendants to assert and maintain jurisdictional defenses, if applicable, to Plaintiff's claims.

10.     Plaintiff, Hatton, MHIA, and MTEA therefore jointly request that the Court extend the parties' deadline to:

    a.  conduct a FRCP 26(f) conference from November 12, 2025, to January 6, 2026;

    b.  exchange initial disclosures from November 18, 2025, to January 12, 2026; and

    c.  file a joint status report and discovery plan from November 25, 2025, to January 26, 2026.

11.     The requested extensions will not materially impact this matter, because the defendants' deadline to respond to the Complaint is January 19, 2026, and, under the parties' stipulated and proposed timeline, the parties' initial conferences and disclosures will occur by January 19. This extension will not cause any delay or prejudice to any party, and this request is not being made for purposes of delay or any improper reason.

Plaintiff, Hatton, MHIA, and MTEA each agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses and respectfully request that the Court enter an order extending the parties' deadlines to conduct an FRCP 26(f) conference, exchange initial disclosures, and submit a joint status report and discovery plan as outlined above.

///

1      Stipulated and dated this 12th day of November, 2025.

2

3      WALLACE MILLER                           HOLLAND & KNIGHT LLP

4      By:  *s/Matthew J. Goldstein*             By: *s/J. Matthew Donohue*
       Edward A. Wallace (*pro hac vice*)            J. Matthew Donohue, WSBA No. 52455
5      Mark R. Miller (*pro hac vice*)               Austin Rainwater, WSBA No. 41904
       Matthew J. Goldstein (*pro hac vice*)         701 Fifth Avenue, Suite 4700
6      Jacob M. Podell (*pro hac vice*)              Seattle, WA 98104
       200 West Madison Street                       Matt.Donohue@hklaw.com
7      Suite 3400                                    Austin.Rainwater@hklaw.com
       Chicago, IL 60606                             Telephone: 206.505.4000
8      Telephone: (312) 261-6193                     Fax: 206.505.4099
       Fax: (312) 275-8174
9      eaw@wallacemiller.com                     *Attorneys for Mitsubishi Heavy Industries*
       mrm@wallacemiller.com                     *America, Inc. and Mitsubishi Turbocharger*
10     mjg@wallacemiller.com                     *and Engine America*
       jpodell@wallacemiller.com

11

12     SCHROETER GOLDMARK & BENDER

13     By:  *s/Caron Phillips-Spotts*
       Carson Phillips-Spotts
14     Lindsay L. Halm
       401 Union Street, Suite 3400
15     Seattle, WA 98101
       Telephone: (206) 622-8000
16     Fax: (206) 682-2305
       halm@sgb-law.com
17     spotts@sgb-law.com

18     *Attorneys for Plaintiff*

19     BUCHALTER

20     By:  *s/Bradley P. Thoreson*
       Bradley P. Thoreson, WSBA No. 18190
21     Alexandra M. Shulman, WSBA No. 48888
       Jeffrey R. Kaatz, WSBA No. 49709
22     1420 Fifth Avenue, Suite 3100
       Seattle, WA 98101-1337
23     Telephone: (206) 319-7052
       bthoreson@buchalter.com
24     ashulman@buchalter.com
       jkaatz@buchalter.com
25
       *Attorneys for Defendant Hatton Marine &*
26     *Industrial Repair, Inc.*

**ORDER**

It is so ordered.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE