UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE EDWARD GOODELL, JR., individually, and on behalf of all similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD.; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.; MITSUBISHI HEAVY INDUSTRIES ENGINE & TURBOCHARGER. LTD.; MITSUBISHI TURBOCHARGER & ENGINE AMERICA; HATTON MARINE & INDUSTRIAL REPAIR, INC.<br><br>Defendants. | No.: 2:25-cv-01728-JHC<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND DEADLINES FOR RULE 26(F) CONFERENCE, JOINT STATUS REPORT AND INITIAL DISCLOSURES** |

Defendant Hatton Marine & Industrial Repair, Inc. ("Hatton Marine"), by and through its counsel of record, moves this Court for an order extending the following deadlines set out in the Court's Order to Extend Deadlines for Rule 26(f) Conference, Initial Disclosures and Joint Status Report and Discovery Plan (Dkt. 25).

| Case Event | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| FRCP 26(f) Conference | January 6, 2026 | January 20, 2026 |
| Initial Disclosures | January 12, 2026 | January 26, 2026 |
| Joint Status Report and Discovery Plan | January 26, 2026 | February 9, 2026 |

After Hatton Marine's insurer agreed to provide it with a defense subject to a reservation of rights, the undersigned was appointed as counsel for Hatton Marine, filed a notice of association and will be stepping in as lead counsel. In addition to a busy holiday schedule, these deadlines are unfortunately timed in that I am currently in an ongoing mediation that is continuing through Thursday, January 8, and am hoping to be able to fly east to attend a memorial service (set for January 10) in Georgia for a family member who passed away before Christmas. The additional time will allow Hatton Marine to meaningfully participate while using counsel supplied by its insurer.

Before filing this motion I checked with counsel for the other parties. Counsel for the Mitsubishi defendants does not object and will not oppose. Plaintiff's counsel also advised the motion would be unopposed. It should be noted that Plaintiff satisfied his obligation to initiate communications with Defendants to schedule the conference, continued to communicate with Defendants to schedule the conference, and has advised he will oppose any further requests to extend the deadline, which we do not anticipate will be necessary.

DATED this 7th day of January, 2026.

NICOLL BLACK ALTENBRUN & FEIG

/s/ Christopher W. Nicoll
Christopher W. Nicoll, WSBA No. 20771
*Attorneys for Defendants Hatton Marine & Industrial Repair, Inc.*

SO ORDERED:

Dated this 7th day of January, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION AND ORDER TO EXTEND
DEADLINES FOR RULE 26(F) CONFERENCE AND
INITIAL DISCLOSURES - Page 1
Case No. 2:25-cv-01728-JHC