IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE EDWARD GOODELL, JR., individually, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD.; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.; MITSUBISHI HEAVY INDUSTRIES ENGINE & TURBOCHARGER, LTD.; MITSUBISHI TURBOCHARGER & ENGINE AMERICA; HATTON MARINE & INDUSTRIAL REPAIR, INC.,<br><br>Defendants. | Case No. 2:25-cv-01728-JHC<br><br>**STIPULATED MOTION AND ORDER FOR BRIEFING SCHEDULE AND OVER-LENGTH BRIEFS**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 17, 2026** |

**STIPULATION**

Pursuant to Local Civil Rules 7(d) and 7(f), Plaintiff Lawrence Edward Goodell, Jr. ("Plaintiff"), Defendant Hatton Marine & Industrial Repair, Inc. ("Hatton"), and Defendants Mitsubishi Heavy Industries America, Inc. ("MHIA"), Mitsubishi Heavy Industries, Ltd. ("MHI"), Mitsubishi Heavy Industries Engine & Turbocharger, Ltd. ("MHIET"), and Mitsubishi Turbocharger and Engine America, Inc. ("MTEA") (collectively, the "Mitsubishi Defendants") by

STIPULATED MOTION AND ORDER - 1
Case No. 2:25-cv-01728-JHC

and through their attorneys, enter into this Stipulated Motion for Briefing Schedule and Over-Length Briefs ("Stipulated Motion"), subject to Court approval, based on the following facts:

1.      On September 8, 2025, Plaintiff filed this putative class-action lawsuit. (ECF No. 1.)

2.      On September 9, 2025, the Clerk of the Court issued summonses to the defendants. (ECF No. 2.) The following day, Plaintiff effectuated service on MHIA and MTEA. (ECF Nos. 8, 9.)

3.      On October 15, 2025, Hatton agreed to waive service of summons. (ECF No. 15.)

4.      On October 17, 2025, the Court granted Plaintiff, MHIA, and MTEA's Stipulated Motion (ECF No. 16) to extend MHIA and MTEA's responsive pleading deadline to align with the responsive-pleading deadline of January 19, 2026 for MHI and MHIET. (ECF No. 17.)

5.      On October 24, 2025, Plaintiff consented to filing a stipulated motion (ECF No. 20) to extend Hatton's responsive pleading deadline to January 19, 2026. The Court granted this motion. (ECF No. 21.)

6.      On January 20, 2026—because January 19 was a federal holiday—the Mitsubishi Defendants jointly filed a Motion to Dismiss. (ECF No. 30.)  The Motion to Dismiss asserted various grounds for dismissal on behalf of all Mitsubishi Defendants, as well as the defense of lack of personal jurisdiction on behalf of MHI and MHIA only. Despite such separate defenses for MHI and MHIA, the Mitsubishi Defendants filed their Motion to Dismiss as a consolidated motion— and within the 8,400 word limit under LCR 7(e)(4)—to avoid the need to file multiple briefs and to conserve judicial resources.

7.      On February 10, 2026, Plaintiff filed a First Amended Complaint ("FAC"), mooting the Mitsubishi Defendants' pending Motion to Dismiss. (ECF No. 47.) The FAC added multiple new claims against the Mitsubishi Defendants, including: (Count 1) Clean Air Act Citizen Suit, 42 U.S.C. § 7604(a)(1)(A); and (Count 2) the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c)–(d). The FAC also added a claim against MHI and MHIET only for (Count 5) Breach of Implied Warranty of Merchantability.

STIPULATED MOTION AND ORDER - 2
Case No. 2:25-cv-01728-JHC

8.      The FAC contains 281 paragraphs, is 64 pages long, and has 13 claims for relief.

9.      The Mitsubishi Defendants intend to file a renewed motion to dismiss and wish to avoid the need to file separate briefs addressing the separate defenses (such as lack of personal jurisdiction for MHI and MHIA) and claims (such as Breach of Implied Warranty of Merchantability against MHI and MHIET) unique to each Mitsubishi Defendant. Such a consolidated motion will not be feasible, however—particularly in light of the new claims asserted in the FAC—unless the Mitsubishi Defendants are granted leave to file an over-length brief.

10.     On February 12, 2026, the parties conferred and agree that, in light of the number and nature of Plaintiff's claims against the Mitsubishi Defendants, good cause exists for the Court to enter an order, pursuant to LCR 7(f), granting leave to:

a)  the Mitsubishi Defendants to file an over-length motion to dismiss, not to exceed 12,600 words;

b)  Plaintiff to file an over-length opposition, not to exceed 12,600 words; and

c)  the Mitsubishi Defendants to file an over-length reply brief, not to exceed 6,300 words.

11.     Extending the LCR 7(e)(6) word count limit will permit the Mitsubishi Defendants to file a single consolidated motion to dismiss, avoid the need for MHI, MHIA, and MHIET to file separate motions addressing the various defenses and claims that are unique to each of them, and conserve judicial resources.

12.     The parties also agree to the following briefing schedule for the Mitsubishi Defendants' motion to dismiss, as well as any motion to dismiss filed by Hatton:

Motion to dismiss due:          March 10, 2026

Opposition due:          April 14, 2026

Reply due:          April 28, 2026

13.     This briefing schedule will not cause any delay or prejudice to any party, and this request is not being made for purposes of delay or any improper reason.

STIPULATED MOTION AND ORDER - 3
Case No. 2:25-cv-01728-JHC

The parties each agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses and respectfully request that the Court enter an order granting the Mitsubishi Defendants leave to file an over-length motion to dismiss, and corresponding over-length briefs for the opposition and reply thereto, and set a briefing schedule for the motion to dismiss, as outlined above.

STIPULATED and dated this 17th day of February, 2026.

WALLACE MILLER

By: *s/Jacob Podell*
Edward A. Wallace (*pro hac vice*)
Mark R. Miller (*pro hac vice*)
Matthew J. Goldstein (*pro hac vice*)
Jacob M. Podell (*pro hac vice*)
200 West Madison Street
Suite 3400
Chicago, IL 60606
Telephone: (312) 261-6193
Fax: (312) 275-8174
eaw@wallacemiller.com
mrm@wallacemiller.com
mjg@wallacemiller.com
jpodell@wallacemiller.com

SCHROETER GOLDMARK & BENDER

Carson Phillips-Spotts
Lindsay L. Halm
401 Union Street, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-8000
Fax: (206) 682-2305
halm@sgb-law.com
spotts@sgb-law.com

*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

By: *s/Austin Rainwater*
J. Matthew Donohue, WSBA No. 52455
Austin Rainwater, WSBA No. 41904
Abigail Gore, WSBA No. 62076
701 Fifth Avenue, Suite 4700
Seattle, WA  98104
Telephone: 206.505.4000
Fax: 206.505.4099
Matt.Donohue@hklaw.com
Austin.Rainwater@hklaw.com
Abigail.Gore@hklaw.com

*Attorneys for Mitsubishi Defendants*

NICOLL BLACK & FEIG PLLC

By: *s/Noah Jaffe*
Chrisopher W. Nicoll, WSBA No. 20771
Noah Jaffe, WSBA No. 43454
1325 Fourth Ave, Suite 1650
Seattle, WA 98101
Telephone: 206.838.7555
Fax: 206.838.7515
cnicoll@nicollblack.com
njaffe@nicollblack.com

*Attorneys for Defendant Hatton Marine & Industrial Repair, Inc.*

**ORDER**

It is so ordered.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER - 5
Case No. 2:25-cv-01728-JHC